✓ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED

12:49 pm, Oct 31 2022
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **v.** | * | Case No. 1:22-MJ-02565-1-ADC |
| **GABRIELLE SKINNER** | * | |

******

## ORDER APPOINTING COUNSEL

The above entitled individual having been found to be financially unable to obtain counsel and may be entitled to appointment of counsel under the Criminal Justice Act,

**IT IS HEREBY ORDERED**, this 9th day of September, 2022, that Roland Harris is hereby appointed to represent the individual.

/s/
_____

A. David Copperthite
UNITED STATES MAGISTRATE JUDGE